Frank MENDEZ, Plaintiff—Appellant,

v.

**Charles L. RYAN, Director of Arizona Dept. of Corrections at ADOC Central Office; et al., Defendants—Appellees.**

No. 11–16734.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 8, 2012.*

Filed Aug. 14, 2012.

Frank Mendez, pro se.

Before: ALARCÓN, BERZON, and IKUTA, Circuit Judges.

MEMORANDUM **

Arizona state prisoner Frank Mendez appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging due process violations in connection with a prison gang validation. We review de novo a dismissal under 28 U.S.C. § 1915A. *Resnick v. Hayes*, 213 F.3d 443, 447 (9th Cir.2000). We reverse and remand.

Dismissal of Mendez's claims as barred by *Heck v. Humphrey*, 512 U.S. 477, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994), was improper because a successful challenge to Mendez's gang validation would not neces-

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

sarily shorten the length of his confinement. *See Ramirez v. Galaza,* 334 F.3d 850, 858 (9th Cir.2003) ("the favorable termination rule does not apply to § 1983 suits challenging a disciplinary hearing or administrative sanction that does not affect the overall length of the prisoner's confinement").

Mendez shall bear his own costs on appeal.

**REVERSED and REMANDED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.